April 22, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

EDWARD GRISHAM, Appellant

NO. 14-13-00468-CV                          V.

LORA A. THYE, Appellee

_____

Today the Court heard the parties' joint motion to vacate the judgment signed by the court below on March 19, 2013. Having considered the motion and found it meritorious, we order the judgment **VACATED AND REMAND** the cause to the trial court for proceedings in accordance with this Court's opinion.

We further order that each party shall pay its costs by reason of this appeal.

We further order this decision certified below for observance.

We further order mandate to issue immediately.